WILLIAM MANKOFF, Respondent, v. THE INTERNATIONAL AND GREAT NORTHERN

RAILROAD COMPANY, Appellant, Impleaded with NEW YORK CENTRAL RAILROAD COMPANY. WILLIAM MANKOFF, Respondent, v. THE INTERNATIONAL AND GREAT NORTHERN RAILROAD COMPANY, Appellant, Impleaded with RIO GRANDE AND EAGLE PASS RAILWAY COMPANY and Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.